IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jeremy Renard Webb, | C/A No.: 1:18-2007-HMH-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Cpt. Marvin Nicks, | |
| Defendant. | |

Plaintiff, proceeding pro se, brought this action alleging violations of his constitutional rights by Defendant. On February 5, 2019, Defendant filed a motion for summary judgment. [ECF No. 33]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions and of the need for him to file adequate responses by March 8, 2019. [ECF No. 36]. On February 19, 2019, the undersigned granted Plaintiff an extension until March 22, 2019, to file a response. [ECF No. 45]. Plaintiff was specifically advised that if he failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendant's motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to

advise the court whether he wishes to continue with this case and to file a response to the motion for summary judgment by April 9, 2019. Plaintiff is further advised that if he fails to respond, the undersigned will recommend that this action be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

March 26, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge